SCAP-15-0000106

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NARCIS D. SALERA; GLENN E. COMPANION; UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO; JOHN DOES 1-10; AND JANE DOES 1-10,
Respondents/Plaintiffs-Appellees/Cross-Appellants,

vs.

KIRK W. CALDWELL, Mayor, City and County of Honolulu; CAROLEE C. KUBO, Director, Department of Human Resources, City and County of Honolulu; LORI M. K. KAHIKINA, Director, Department of Environmental Services, City and County of Honolulu; and CITY AND COUNTY OF HONOLULU, Petitioners/Defendants-Appellants/Cross-Appellees,

and

JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; ROE NON-PROFIT ORGANIZATIONS 1-10; AND ROE GOVERNMENTAL ENTITIES 1-10 (2014-013),
Defendants.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-15-0000106; CIV. NO. 14-1-2655-12)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ., and Circuit Judge Garibaldi, in place of McKenna, J., recused)

Upon consideration of Petitioners/Defendants-Appellants/Cross-Appellees' motion for reconsideration,

filed on May 23, 2016, the papers in support thereof, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, June 1, 2016

Donna Y. L. Leong
Ernest Nomura
for petitioners

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Colette Y. Garibaldi



2